## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ernest L. St. Jacques, Jr.<br>Karen A. St. Jacques,<br>          Debtors.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>          Movant,<br><br>vs.<br><br>Bank of America, N.A.<br><br>          Respondent. | ) Case No. 17-21042<br>)<br>) Chapter 13<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully withdraws his appearance as counsel for Bank of America, N.A. in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: April 22, 2021                Respectfully submitted,

                     */s/ Craig Goldblatt*

Craig T. Goldblatt
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of April, 2021, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* was served upon all counsel of record using the Court's CM/ECF system.

*/s/ Craig Goldblatt*

Craig T. Goldblatt
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Bank of America, N.A.*