FILED
4/23/21 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Ernest L. St. Jacques, Jr. <br> Karen A. St. Jacques, <br>                       Debtors. | ) <br> ) <br> ) <br> ) | Case No. 17-21042 <br><br> Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee, <br><br>                       Movant, <br><br>        vs. <br><br> Bank of America, N.A. <br><br>                       Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Related to Dkt. No. 64 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully withdraws his appearance as counsel for Bank of America, N.A. in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: April 22, 2021

Respectfully submitted,

   /s/ Craig Goldblatt

Craig T. Goldblatt
**WILMER CUTLER PICKERING**
 **HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Bank of America, N.A.*

SO ORDERED
April 23, 2021

GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21042-GLT |
| Ernest L. St. Jacques, Jr. | Chapter 13 |
| Karen A. St. Jacques | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Apr 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Goldblatt | on behalf of Creditor Bank Of America  N.A. craig.goldblatt@wilmerhale.com, WHDocketing@wilmerhale.com |
| James A. Prostko | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Shawn N. Wright
    on behalf of Debtor Ernest L. St. Jacques Jr. shawn@shawnwrightlaw.com,
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Karen A. St. Jacques shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks
    on behalf of Creditor FIRSTPLUS HOME LOAN OWNER TRUST 1998-5 amps@manleydeas.com

Thomas Song
    on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

TOTAL: 11