**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/18/22 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ERNEST L. ST. JACQUES, JR.
  KAREN A. ST. JACQUES
         Debtor(s)
  Ronda J. Winnecour, Trustee
      Movant
        vs.
  ERNEST L. ST. JACQUES, JR.
  KAREN A. ST. JACQUES

         Respondents

Case No.17-21042GLT

Chapter 13

Related to Dkt. No. 73

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  18th  day of  April  2022,  it is hereby ORDERED, ADJUDGED, and DECREED that

U S Steel Corp
Attn: Wage Earner Payroll Mgr*
600 Grant St-Us Steel Twr Rm 2016
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of ERNEST L. ST. JACQUES, JR., social security number XXX-XX-7576. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERNEST L. ST. JACQUES, JR..

BY THE COURT:

_____
GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21042-GLT

Ernest L. St. Jacques, Jr.     Chapter 13

Karen A. St. Jacques

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2

Date Rcvd: Apr 18, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest L. St. Jacques, Jr., Karen A. St. Jacques, 242 Byron Road, Pittsburgh, PA 15237-4015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

**Name**     **Email Address**

James A. Prostko
    on behalf of Creditor Bank Of America N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

Maria Miksich
    on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Debtor Ernest L. St. Jacques Jr. shawn@shawnwrightlaw.com,
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright

on behalf of Joint Debtor Karen A. St. Jacques shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks

on behalf of Creditor FIRSTPLUS HOME LOAN OWNER TRUST 1998-5 amps@manleydeas.com

Thomas Song

on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

TOTAL: 10