IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST L. ST. JACQUES, JR., and KAREN A. ST. JACQUES<br>Debtors, | Bankruptcy No. 17-21042-GLT<br><br>Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF REAL TIME RESOLUTIONS, INC. AS AGENT FOR FIRSTPLUS HOME LOAN OWNER TRUST 1998-5

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Real Time Resolutions, Inc., as Agent for FirstPlus Home Owner Trust 1998-5, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

BY:/s/*Keri P. Ebeck*
Keri P. Ebeck (PA ID. No. 91298)
601 Grant Street, 9th Floor
Pittsburgh, PA  15219-1900
(412) 456-8112 -- telephone
(412) 456-8135
e-mail:  kebeck@bernsteinlaw.com

*Attorney for Real Time Resolutions, Inc., as Agent for FirstPlus Home Owner Trust 1998-5*

Dated: May 11, 2022